IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AMANDA ENDSLEY**                                                            **PLAINTIFF**

**v.**                      **CASE NO. 4:23-CV-01109-BSM**

**CHARLIE COLLINS; WAYNE
HAMRIC; ARKANSAS DEPARTMENT
OF FINANCE AND ADMINISTRATION**                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE